## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

CASE No.  1:25-cv-03632-NGG-CLP

KENNEDY DIDIER,

      Plaintiff,

vs.

UNITED BEAUTY BRANDS, LLC D/B/A OUAI,

      Defendant(s).

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Kennedy Didier, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice in the above styled action.  Defendant UNITED BEAUTY BRANDS, LLC D/B/A OUAI has not filed an answer or motion for summary judgment.

DATED: October 17, 2025

                                Respectfully Submitted,

                                /s/ Zane Hedaya
                                **ZANE C. HEDAYA, ESQ.**
                                New York Bar No.: 6135339
                                E-mail: zane@jibraellaw.com
                                The Law Offices of Jibrael S. Hindi
                                1515 NE 26th St
                                Wilton Manors, FL 33305
                                Phone: (813) 340-8838

                              *COUNSEL FOR PLAINTIFF*

So Ordered.

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date:  10/20/25